IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. 85-0642-CG-C |
| | * | |
| ALABAMA WOOD TREATING, CORPORATION, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF SHAHROKH ROUHANI, PH.D.

**NOW COMES** defendant, Illinois Central Railroad Company ("IC"), and, for the reasons set forth in the attached memorandum, moves this Court for an order excluding the testimony of Shahrokh Rouhani, Ph.D. from the trial of this matter pursuant to Federal Rule of Evidence article 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993). The Court need consider this Motion only should it, for some reason, decline to grant defendant's Motion for Summary Judgment concerning the NCP.

Respectfully submitted:

**LEMLE & KELLEHER, L.L.P.**

s/ Benjamin R. Slater, III
BENJAMIN R. SLATER, III (SLATB4389)
HAL C. WELCH (#13344)
LEMLE & KELLEHER, L.L.P.
601 Poydras Street, 21st Floor
New Orleans, LA 70130
Telephone: (504) 586-1241
Facsimile: (504) 584-9142
**ATTORNEYS FOR ILLINOIS
CENTRAL RAILROAD COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Walter M. Cook, Jr., Esq.
William E. Shreve, Jr., Esq.
LYONS, PIPE & COOK, P.C.
P.O. Box 2727
Mobile, Alabama 36652
wmc@lpclaw.com
wes@lpclaw.com

Richard E. Davis, Esq.
STARNES DAVIS FLORIE, LLP
100 Brookwood, 7th Floor
Birmingham, AL 35209
Birmingham, Alabama 35259-8512
rdavis@starneslaw.com
sdickens@starneslaw.com
avance@starneslaw.com
awhillock@starneslaw.com

William D. Little, Esq.
Attorney General's Office
11 S. Union Street
Montgomery, Alabama 36130
blittle@ago.state.al.us
lbooth@ago.state.al.us

This the 30th day of July, 2010.

s/ Benjamin R. Slater, III

740851-1