1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF ALABAMA

3    SOUTHERN DIVISION

4

5

6

7   * * * * * * * * * * * * * * *
    STATE OF ALABAMA,        *
8                            *
        Plaintiffs,   *
9                            *
    vs.            *   CV NO: 1:85-CV-0642-CG-C
10                           *
    ALABAMA WOOD TREATING     *
11  CORPORATION, et al.,    *
                             *
12       Defendants.    *
    * * * * * * * * * * * * * * *
13

14  DEPONENT:        SHAHROKH ROUHANI

15

16  DATE:            November 20, 2009

17

18  TIME:            9:00 a. m. - 5:15 p. m.

19
    LOCATION:        Ritz-Carlton Buckhead
20                   3434 Peachtree Road
                     Atlanta, Georgia
21

22
    REPORTED BY:     Dennise S. Wolstenholme, CCR
23

Lenzi & Associates
Certified Shorthand Reporters **Shahrokh - pl expert**



EXHIBIT

11

1  solely your own work in terms of the writing in the

2  report?"

3  A      Yes.

4  Q      Will you explain for us what geostatistics is?

5  A      Geostatistics is a branch of statistics which

6  deals with spatial data.

7  Q      Is it the statistical analysis of spatial data

8  specifically?

9  A      That would be a good description.  The prefix

10  geo refers to the space.

11  Q      What do you consider to be the primary area of

12  your expertise?

13  A      My primary area of expertise based on my

14  education and experience is environmental statistics.

15  Q      And can you define for us what the field of

16  environmental statistics consists?

17  A      It's basically the analysis of field data which

18  have been collected, usually from specific locations, and

19  there in corporations, in various decisions that usually

20  are made during a site investigation and remediation.

21  Q      Are you primarily then a data analyst as opposed

22  to a field scientist taking samples yourself and doing

23  field work?

19

1   you apply environmental statistics to the Alabama Wood

2   treating site?

3   A       In this case I primarily relied on compilation

4   of a Geographic Information System database -- GIS.  And

5   some elements of my computations were driven by basic

6   tenants of environmental statistics.  However, I will say

7   that generally speaking in this case I did not really rely

8   heavily on either environmental statistics or

9   geostatistics.

10  Q       What discipline or disciplines did you rely on?

11  A       I basically relied on my basic -- the training

12  and experience in environmental sciences as well as the

13  analysis of databases which is an inherent, you know,

14  training that you get under environmental statistics.

15  Q       I'm looking on page 46 now at your educational

16  background and starting at the top obviously we have

17  Environmental Sciences, PhD from Harvard.  Then a Master

18  of Science in Engineering from Harvard.  Did you have a

19  specialty at the Masters level in what you studied in

20  engineering?

21  A       It was under the Environmental Engineering

22  Program.

23  Q       Defendant's Exhibit 3 is the label we have given

68

1   THE WITNESS:

2       Before going there, as Walter mentioned, one of

3   the interesting features that I discovered after I

4   compiled everything was that although presence of

5   contamination in the immediate vicinity of the shoreline

6   was not a surprise, it was -- there appeared to be a band

7   of clean sediments. And then we have this high hit and

8   basically the question that I had was that -- where that

9   came from. So the 1922 aerial photograph solved that

10  mystery for us. Please go to 1922 and please -- okay.

11  Now, this is good. This is a good scale, 5000. As you

12  can see this, this sample which we had located that

13  before, way before that time, exactly coincide with the

14  location of where Reilly's -- their boats used to come.

15  This was the elusive Pier No. 1 which was used for

16  transportation of creosote. In fact, we have a 1914

17  image, a picture, of the wife of one of Reilly's engineers

18  who took a picture of his wife standing here with the boat

19  here, and he talks about the 1,000-foot pipeline that they

20  have for carrying creosote. So the presence of this here

21  now makes perfect sense. That was the unloading area and

22  there bound to be obviously some releases. I just wanted

23  to show you that.

128

1   aerial photograph where I have superimposed the surveyed

2   locations that identify the pools of creosote as well as a

3   polygon which was surveyed during part of the

4   investigation phase. And the question was that where this

5   came from. So if you go to one of the earlier Phase I

6   maps -- please go to the scanned images -- and I believe

7   1981 would be a good one. Try any of them. I believe all

8   of them -- okay. Very good. So you can see that this

9   image was georeferenced and, as you can see it defines the

10  northern drainage ditch and falling verbatim where this

11  was -- where the newly discovered area was found. But

12  remember that these images were not perfectly to scale.

13  So there could have been some modification. That was the

14  reason that the 1922 aerial photograph really helped me.

15  It helped me two ways. No. 1, to fine tune where the

16  northern ditch was and also realize why this thing was

17  accumulated there and has kind of like a tilt to the

18  north. So please go and activate -- de-scan this one and

19  go to 1922. And just zoom out a little bit so we can see

20  better. And then you can go to 3,000. That would look

21  better. Then move the image this way. So what you see is

22  that -- and I want you to move it so they can see the

23  entire length of the piers. Excellent. So this is now a

129

1   1922 image. This was pier No. 1. Do you remember that,

2   you know, historically that was out -- by 1932 I believe

3   it was dismantled. This was Texaco pier. And

4   interestingly enough this area was blocked so no ship

5   could go in between these two piers which were only

6   146-feet apart according to the Port Report from 1922. So

7   now you see that this feature which very much has

8   characteristics of a ditch. As you can see that the

9   lighter color and shows that different type of surface

10  texture which matches very well with what a ditch should

11  have looked. It would come here. It would dump in stuff

12  within this area which was stagnant because of the

13  presence of these two piers. And the more important thing

14  is that this portion of the pier, or pier No. 1, in fact

15  appears to be already covered by the shoreline material.

16  So these -- it is very possible that there was a small

17  eddy feature along the shoreline which would capture the

18  material which was deposited and clearly the northern part

19  of this area was still open, and that's the reason that we

20  see this gradual tendency towards north. So that's

21  basically what I discovered. And then subsequent sampling

22  which was done and provided, I passed those informations

23  to my colleague, Mr. Mattingly, who confirmed that the

151

1  environmental data analysis.

2  Q      And none of those occasions have been within the

3  last four years because they are not listed in your --

4  A      Let me see that -- let's go to that page that

5  has the list.  I can tell you over the last four years.

6  Q      That would be page 55.

7  A      Thank you.

8  Q      And all of these, I believe, are depositions as

9  noted here?

10  A      One of them was a testimony in the court.

11  Q      Which one was that?

12  A      Expert for Asarco, a Debtor in the United States

13  Bankruptcy Court in Corpus Christi.

14  Q      And how were you qualified by the court?

15  A      I was the expert on analyzing available data,

16  environmental data.

17  Q      Data?

18  A      Data, yes.

19  Q      Have you ever offered an opinion in court on

20  allocation?

21  A      No -- I take it back.  In fact, in this case

22  Asarco, the issue was extent of the contaminations and

23  responsibilities by different individuals.

152

1    Q        Did you offer a formula as you're doing in this

2    case?

3    A        No, I did not use a formula.  I basically looked

4    at the area of impact as a measure of potential

5    responsibility.

6    Q        So you weren't looking at production over time

7    or ownership and operation; is that right?

8    A        You're right, correct.

9    Q        And you've never testified in court on NCP

10   compliance?

11   A        No.

12   Q        And you propose to do so in this case?

13   A        If I'm asked.

14   Q        And you've never offered an opinion to any

15   client on NCP compliance?

16   A        I've done it a lot.  Each time that I've worked

17   on what they call -- in a CERCLA site, whenever you are

18   conducting a so-called Feasibility Study you have to

19   compare all the alternatives with respect to the NCP.  And

20   I've expressed my opinion to my clients, which alternative

21   is in compliance and which is not.

22   Q        Have you offered opinions to your clients

23   regarding the procedures for complying with the NCP?

153

1   A       Procedures other than just following the

2   regulations, no.

3   Q       Are you conversive with the regulations?

4   A       I can find my way around.

5   Q       Do you consider yourself to be an expert in the

6   regulations regarding NCP?

7   A       I would never claim such a thing.

8   Q       And particularly you offer yourself as an expert

9   in compliance with NCP regulations in the context of a

10  State agency?

11  A       I have -- I am familiar that the requirements

12  with states are different than private sector.  So to that

13  extent, I'm pretty familiar.

14  Q       But do you consider yourself to be an expert in

15  the procedures required by a state agency in order to

16  comply with the NCP?

17  A       No, I have to rely on other experts' work.

18  Q       Now, I'm just going to try to work backwards

19  here a little bit and jump around obviously, picking up

20  spots in between.  You indicated just a moment ago talking

21  about the overall site remedy and fill and the surface

22  cap, and the sheet pile wall was part of that remedy.  Is

23  the sheet pile wall impervious to the movement of

163

1   verbally a -- created an oil sheen water as a creosote or

2   petroleum smell, sample A1, zero to 12.  And then if we go

3   to the table that you have in front of you, it will say

4   whether it was composited.

5   Q        What I'm asking is whether -- is there any

6   evidence in this report of any chemical analysis of the

7   sample taken in A1?

8   A        Let's see.  I'll tell you why -- is there one

9   more?

10  Q        Let me ask you if you could please --

11  MR. COOK:

12           Wait a minute.  Let him answer the last

13  question.

14  MR. SLATER:

15           I was asking him to look at the same page he's

16  looking to.

17  MR. COOK:

18           Let the man answer your question.

19  A        You're right.  It has not been chemically

20  analyzed.  So that red corresponds to the smell of

21  creosote which was visually described.

22  Q        And the sample that showed the highest

23  concentrations was Composite 1 -- was 4278-1; was it not,

164

1   sir?

2   A        This is very interesting.  In this table when

3   you look at it -- keep going down -- sample No. 1, you

4   know, it was sample -- yeah, clearly according to this is

5   sample No. 1.  In the report it was cited a different way

6   and that's the reason I want to go back and correct and

7   comply with this because this appears to be the most

8   definitive reality.  If you go to the earlier page of this

9   document.  I think the source of confusion is this table

10  which is RV-06728 and this Composite sample No. 2 was the

11  one that ended up showing the highest numbers while in the

12  table is the Composite 1, sample 1, which is showing the

13  highest number.  I'm going to correct that and make it

14  consistent, not with this table, but the laboratory sheet

15  attached.

16  Q        So I want to make sure that you and I are on the

17  same page.  We agree that sample 4278-1 is the composite

18  sample that has the highest concentration of PAH's that

19  would be consistent with creosote, and that is a composite

20  of A3 and B3; is that right?

21  A        That's very right.

22  Q        And show me where A3 then is, please, sir, on

23  that?

165

1  A       Sure.  And you see now the source of confusion.

2  But I agree with you that the laboratory results are the

3  best ones, laboratory sheets, and A3 and B3 are located

4  here.

5  Q       Right.  And those are the closest to the

6  shoreline, are they not?

7  A       Yes.

8  Q       So when you testified earlier today that you

9  found it very interesting that A1 -- which was at the end

10  of the Texaco pier, or the old railroad pier -- had the

11  highest concentration, that was actually erroneous

12  testimony because that was not the correct sample; is that

13  right?

14  A       You're 100 percent right.  In fact, this sample

15  of the creosote smell was only indicated.

16  Q       Now, I'm going to ask you to look at 4.1.19,

17  sir.  And you make the statement in 4.1.21, "Richard Meyer

18  recollects observing a sheen in the area of the drainage

19  ditch after rainfall events."  I would suggest to you

20  that's incorrect.  Would you refer to the deposition and

21  find for me the references that supports that assertion?

22  A       Sure.  Let's go to that page, page 35.

23  Q       And what are you referring to, sir?

176

1  you've got this book in your system.  This is the one

2  where you're referring to the 1920 -- perhaps I have the

3  wrong year.

4  A    No, 1922 is correct.

5  Q    And I was referring to page 47.

6  A    Let's bring it up.

7  Q    And I would like you to tell me what activities

8  you understand the Texas Company to have conducted at its

9  pier?

10  A    They were loading and unloading petroleum

11  products.

12  Q    And how were they doing that?

13  A    By ship, I believe.

14  Q    And what were they using to do that with?

15  A    47, oil bunkering.  The only plant having

16  facility for oil bunkering of large vessel.  Can you focus

17  on this one, please.  The only plant having facilities for

18  oil bunkering of large vessel is that of Texaco Company

19  which has a pipeline pier to Choctaw Point at the mouth of

20  the Mobile River.  And then it describes the discharge

21  pipeline are equipped with 4 and 6-inch connections and --

22  with 6 and 8 hole flanges and have a bunkering capacity of

23  600 barrels per hour.

177

1  Q      And were those activities conducted on the pier

2  that you've been referring to as the Texaco pier?

3  A      This is my understanding.  Let me clarify.  I

4  have no knowledge what these terms means, flanges and

5  bunkering capacity, so on and so forth.

6  Q      You don't know what a flange is?

7  A      No.  6 and 8 hole flange, I don't.

8  Q      And you're an engineer?

9  A      Yes.

10  Q      Let me ask you to look at page 53.

11  A      Of the same document?

12  Q      Yes, sir.  Now, I'm referring to the same

13  section that you have underlined.  It indicates that the

14  No. 1 pier -- No. 1 railroad pier which you've also

15  testified about -- that's the one that went out of

16  existence at some point before 1940; is that right?

17  A      Before 1938.

18  Q      But it was also utilized by the Texas Company;

19  is that right?

20  A      Yes.

21  Q      And that would be for petroleum handling?

22  A      Yes.

23  Q      And it describes the use of the remainder of the

185

1    contamination.  And DNAPL plume which was delineated

2    clearly stops right short of that confluence.

3         So given the fact that chemically what they

4    produced was quite distinct from ours and the fact that

5    there were a number of samples taken in the more or less

6    vicinity and proximity of that facility, in bore holes not

7    far from the spray pond, none of them showed contamination

8    that warrants the DNAPL recovery.  And therefore in my

9    opinion this particular facility's releases -- which I

10   will not be surprised if those releases did indeed

11   occur -- was not a cost driver and would have changed

12   neither the scope nor the extent of the remedy.  And I'm

13   terribly sorry for my long answer.

14   Q    There had been some conversation earlier about

15   this northern drainage ditch, and I'm a little confused.

16   If you would go back.  I know you put up an aerial

17   photograph for us on that.  And perhaps just a

18   misstatement in your report on page 26 of 92 under 4.1.35.

19   As I read it, you're making the statement that the

20   northern ditch discharged north of the Texaco pier.

21   That's the last line.  And that's not what I understood to

22   be what you were showing on your photographs today?

23   A    Exactly.

186

1   Q       So is that incorrect?

2   A       I'm very happy you raised that issue.  That was

3   the correction -- the error that I made because by that

4   time the only direct indication that I had about the

5   northern drainage ditch were the work which was done on

6   the RFI Phase I.  In those graphs they were showing it to

7   be north of the ditch -- I'm sorry north of the Texaco

8   pier.  Please go to the GIS.  Move over there.  Deactivate

9   this location.  Very good and deactivate -- now go down

10   and go down to aerials.  I want you to put 1922.  And go

11   to the Scanned Images and activate one of them that has

12   the northern ditch which I believe this is from Phase I.

13   Thank you.

14          So, Ben, when we look at this diagram you see

15   that this was in the RFI.  And the reason I like the Phase

16   I because that was at least, you know, accurate later on.

17   Nobody really knew where -- subsequent investigations were

18   quite vague about the location.  Here, as you can see,

19   this "northern drainage ditch" -- which by the way is from

20   1994 Phase I RFI site layout -- shows that there is a

21   ditch.  And this ditch when we look at it, there's a pier

22   here.  The only pier that is shown is the Texaco one.  I

23   assume that this is somewhere north of the ditch.

187

1  Fortunately I got the 1922 aerial photograph. Deactivate

2  that and make it transparent so we can see it. So now you

3  look at it here. The northern ditch was defined pretty

4  nicely. The problem was that when it was shown to be

5  coming out here which, in fact, is between south of the

6  Texaco pier and north of what used to be Pier No. 1 within

7  this entrapped area. And this was something I didn't know

8  that until I got this 1922. So that was the reason that

9  misstatement in the expert report.

10  Q       You've talked about the report, the so-called

11  Waterfront Report I think it's from 1989?

12  A       Yes.

13  Q       And you were asked why that was not reported to

14  ADEM, and I think you indicated because the members of the

15  JTC decided to defer doing so; is that correct --

16  A       Yes.

17  Q       -- paraphrasing testimony? Do you know why the

18  Alabama State Port Authority did not notify ADEM about

19  that after they took complete control of the site and

20  dissolved the JTC in 1985?

21  A       I will tell you that until Mr. Cook's associate,

22  Sherri Ginger, found that document people were not even

23  aware of that study.

188

1  Q      And when was that?

2  A      That was, I will say, fall of 2008 or winter of

3  2009.  It was a good number of months after I was

4  retained.

5  Q      When did you begin working for ASD?

6  A      If I'm not wrong during July of 2008.

7  Q      Now, by that time the fill had been placed over

8  the area that you consider now to be part of the expanded

9  site, and the concrete cover had been placed over that as

10  well?

11  A      When I went there, the area -- the reclaimed

12  area was concrete because we could drive around.  Those

13  huge cranes were in place.  But a big chuck of the area

14  was still exposed.

15  Q      Did you recommend taking any soil samples at

16  that time to determine if there was creosote present?

17  A      We did not take any soil samples, but other

18  sample were collected.

19  Q      At that time?

20  A      In fact, subsequent to that.

21  Q      By whom?

22  A      They were at some -- this Micro --

23  MR. DAVIS:

197

1  frame?

2  A      I believe that some dredging was done so they

3  could build the piers.  And who knows that maybe this

4  material was plotted here, but our site is right here.

5  Q      The original site or the site as you've expanded

6  it today?

7  A      No, the original -- I'm sorry.  I stand

8  corrected, the facility.  And please go and put the '67.

9  This looks better.  So you can see that the original

10  facility was never fill material.

11  Q      Do you know what the ADEM closure standards are

12  for the amount of soil cover that's necessary to be

13  utilized?

14  A      It has to be protective.

15  Q      Are you aware that it's two feet?

16  A      I believe that in the inland areas -- personally

17  I have got approvals in various parts of the country for

18  two feet of clay, would have been viewed as adequate.  But

19  those are inland.  This is within the flood plain.

20  Q      Now, you indicated that what we're talking

21  about, the 1989 report, that you first saw this sometime

22  in the fall of 2008, I believe, is what you indicate, or

23  the winter of 2009; I think that's what you said?

199

1   anymore.  And then go and focus here.  And then go to the

2   shoreline area, and then activate 1989 waterfront.

3        So basically there's a large area of the river

4   that has been reclaimed and covered.  Based on the 1989, I

5   recommended that only this portion which is shown here in

6   blue line to be viewed as the portion warranting

7   remediation.

8   Q        What do you understand to be the depth of the

9   contaminants in that area?

10  A        It varies.  Would you please also activate the

11  Newly Discovered Creosote area.  In some places we know

12  that there's already many feet of fill and concrete.  But

13  if we go to the riverbed, the original riverbed, probably

14  this area implies close presence of liquid creosote,

15  enough to cause capillary rise and then these other

16  locations, probably including number 3.3 showing depths,

17  lower depths, you know, something like one or two feet

18  below the original riverbed being contaminated.

19  Q        And you base that entirely on the 1989 sample?

20  A        And the results of the newly discovered area.

21  Q        Were proper borings done to delineate the newly

22  discovered area?

23  A        Yes.