IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA<br>ALABAMA STATE PORT<br>AUTHORITY,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ALABAMA WOOD TREATING<br>CORPORATION, et al,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:85-cv-642-CG-C<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINDER OF VERTELLUS SPECIALTIES, INC. IN ILLINOIS CENTRAL RAILROAD COMPANY'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF SHAHROKH ROUHANI, PH.D.

Vertellus Specialties Inc., as successor-in-interest to Reilly Industries, Inc. (hereinafter "Reilly"), joins in the Motion to Exclude Expert Testimony and Opinions of Shahrokh Rouhani, Ph.D. (Doc. No. 516) and associated papers filed by Illinois Central Railroad Company ("IC") on the following basis:

　　　1.　　The State of Alabama and the Alabama State Port Authority have asserted claims against Reilly seeking to recover costs under section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607, just as they have against IC.

　　　2.　　The plaintiffs seek to offer the testimony and opinions of Shahrokh Rouhani in support of their claims against Reilly, as well as IC.

{B1192940}

3. Shahrokh Rouhani has insufficient expertise in a number of areas in which he proposes to testify, his testimony is not the product of reliable principles and methodology, and his conclusions are erroneous and inconsistent and therefore would not be helpful to the trier of fact. Dr. Rouhani's testimony should, therefore, be excluded pursuant to Fed. R. Evid. 702 and <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).

4. It is both appropriate and efficient for a party to adopt and join in the filings of other parties rather than making duplicative filings, and such adoption or joinder is consistent with the Rules of Civil Procedure. *See* FED. R. CIV. P. 1 ("The rules…should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding."); *see also* FED. R. CIV. P. 10(c)("A statement in a pleading may be adopted by reference…in any other pleading or motion.").

5. Reilly therefore joins in the Motion to Exclude Expert Testimony and Opinions of Shahrokh Rouhani, Ph.D. filed by IC requesting the court to exclude the testimony of Dr. Rouhani in this matter.

{B1192940}

Respectfully submitted,

/s/ Richard Eldon Davis
Richard Eldon Davis (DAVIR6685)
J. Scott Dickens (DICKJ6823)
Aldos L. Vance (VANCA3957)
Amber M. Whillock (WHILA0186)

STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Facsimile: (205) 868-6099

W. CHRISTIAN HINES
HINEW4358

STARNES DAVIS FLORIE LLP
RSA Battle House Tower
11 North Water Street
Mobile, Alabama 36602

Attorneys for Vertellus Specialties, Inc., successor-in-interest to Reilly Industries, Inc.

3

{B1192940}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joinder of Vertellus Specialties Inc. in Illinois Central Railroad Company's Motion to Exclude Expert Testimony and Opinions of Shahrokh Rouhani Ph.D. has been filed with the Clerk of the Court using the CM/ECF system which is supposed to send electronic notification of such filing to counsel of record:

WALTER M. COOK
WILLIAM E. SHREVE, JR.
SHERRI RICH GINGER
PHELPS DUNBAR
Post Office Box 2727
Mobile, Alabama 36652
Telephone:  (251) 432-4481
Facsimile:   (251) 433-1820
e-mail:  wmc@phelps.com
e-mail:  wes@phelps.com
e-mail:  srg@phelps.com

WILLIAM D. LITTLE, ESQ.
ATTORNEY GENERAL'S OFFICE
11 S. Union Street
Montgomery, Alabama 36130
blittle@ago.state.al.us
tbooth@ago.state.al.us

BEN R. SLATER, III
HAL C. WELCH
ROBERT W. DYER
MANDIE E. LANDRY
LEMLE & KELLEHER, L.L.P.
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130-6097
Telephone:  (504) 586-1241
Facsimile:   (504) 584-9142
bslater@lemle.com
hwelch@lemle.com
rdyer@lemle.com
mlandry@lemle.com

This 9th day of August, 2010.

/s/ Richard Eldon Davis
Of Counsel

{B1192940}