IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA<br>ALABAMA STATE PORT<br>AUTHORITY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALABAMA WOOD TREATING<br>CORPORATION, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.:  01:85-cv-642-CG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR BRIEFING SCHEDULE

The State of Alabama and the Alabama State Port Authority, Illinois Central Railroad, and Vertellus Specialties, Inc., as successor-in-interest to Reilly Industries, Inc. (hereinafter "Reilly") jointly move the Court to enter an Order setting forth a briefing schedule relative to the parties' expert challenges which the parties have filed with the Court. As grounds for this motion, the parties state:

1.  As provided for by Section II(C)(3) of the Administrative Procedure For Filing, Signing, And Verifying Documents By Electronic Means In Civil Cases, counsel for Reilly represents that counsel for the joining parties have reviewed and consented to the filing of this joint submission.

2.  On July 30, 2010, the parties separately filed <u>Daubert</u> challenges to opposing experts. (Doc. Nos. 515, 516, 517, 519, and 532.)

2

3. Counsel for the parties have conferred with each other and the parties jointly request the Court to enter an Order allowing the parties to separately file responses in opposition to said motions by September 22, 2010, and any reply by the party making the challenge by October 6, 2010.

WHEREFORE, PREMISES CONSIDERED, the parties jointly move the Court to enter an order setting forth a briefing schedule as outlined above.

**[signatures appear on next page]**

{B1195027}

Respectfully submitted,

| | |
|---|---|
| s/ Walter M. Cook* | s/ Richard Eldon Davis |
| WALTER M. COOK | RICHARD ELDON DAVIS |
| WILLIAM E. SHREVE, JR. | DAVIR6685 |
| SHERRI RICH GINGER | |
| | J. SCOTT DICKENS |
| PHELPS DUNBAR | DICKJ6823 |
| Post Office Box 2727 | |
| Mobile, Alabama 36652 | ALDOS L. VANCE |
| Telephone: (251) 432-4481 | ASB-3957-s77v |
| Facsimile: (251) 433-1820 | |
| e-mail: wmc@phelps.com | AMBER M. WHILLOCK |
| e-mail: wes@phelps.com | WHILA0816 |
| e-mail: srg@phelps.com | |
| | Starnes Davis Florie LLP |
| s/ Ben R. Slater* | 100 Brookwood Place, 7th Floor |
| BEN R. SLATER, III | Birmingham, Alabama 35209 |
| HAL C. WELCH | Telephone: (205) 868-6000 |
| ROBERT DYER | Facsimile: (205) 868-6099 |
| MANDIE LANDRY | e-mail: rdavis@starneslaw.com |
| LEMLE & KELLEHER, L.L.P. | |
| Pan-American Life Center | |
| 601 Poydras Street, 21st Floor | W. CHRISTIAN HINES |
| New Orleans, Louisiana 70130-6097 | HINEW4358 |
| Telephone: (504) 586-1241 | |
| Facsimile: (504) 584-9142 | Starnes Davis Florie LLP |
| bslater@lemle.com | RSA-Battle House Tower |
| hwelch@lemle.com | 11 North Water Street |
| rdyer@lemle.com | Mobile, Alabama 36633 |
| mlandry@lemle.com | Telephone: (251) 433-6049 |
| | Facsimile: (251) 433-5901 |
| Attorneys for Illinois Central Railroad Company | e-mail: chines@starneslaw.com |
| | Attorneys for Vertellus Specialties Inc. as successor-in-interest to Reilly Industries, Inc. |

**\*With express permission**

{B1195027}