IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA ALABAMA STATE PORT AUTHORITY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 85-0642-CG-C ) |
| ALABAMA WOOD TREATING CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This cause is before the parties' joint motion for briefing scheduling on the parties' Daubert challenges to opposing experts (Docs. 515, 516, 517, 519 and 532).

Upon due consideration the motion is hereby **GRANTED**. Responses in opposition to the aforementioned motions shall be filed **no later than September 22, 2010**. Any replies shall be filed **no later than October 6, 2010**. No further briefing will be permitted without permission of the court.

**DONE and ORDERED** this 19th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE