IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA and the ALABAMA STATE DOCKS DEPARTMENT, n/k/a THE ALABAMA STATE PORT AUTHORITY, <br><br> Plaintiffs, <br><br> vs. <br><br> ALABAMA WOOD TREATING CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. 85-0642-CG-C |

**ORDER**

This matter is before the court on the Plaintiffs' Motion to Dismiss Defendant Alabama Wood Treating Corporation (Doc. 569).

Upon due consideration, the motion is hereby **GRANTED**. Therefore, plaintiffs' claims against Alabama Wood Treating Corporation are here by **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The clerk of court is **DIRECTED** to close this action for statistical purposes in light of the consent decree entered on November 4, 2010 (Doc. 567). However, the court retains jurisdiction in accordance with the consent decree, and the parties may request reinstatement if they require the court's intervention.

**DONE and ORDERED** this 15th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE