IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. 85-0642-CG-C |
| | * | |
| ALABAMA WOOD TREATING, | * | |
| CORPORATION, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## SATISFACTION OF JUDGMENT AS TO DEFENDANT VERTELLUS SPECIALTIES, INC.

**NOW COME** plaintiffs, The State of Alabama and the Alabama State Port Authority (f/k/a The Alabama State Docks) and acknowledge Satisfaction of the Judgment entered in the above captioned matter on November 8, 2010 insofar as said Judgment is applicable to Vertellus Specialties, Inc.

_____
Walter M. Cook, Jr., Esq. (COOKW6772)
William E. Shreve, Jr., Esq. (SHREW3946)
ATTORNEYS FOR THE STATE OF ALABAMA
AND THE ALABAMA STATE PORT
AUTHORITY

OF COUNSEL:

PHELPS DUNBAR LLP
P.O. Box 2727
Mobile, Alabama 36652
Telephone: 251-432-4481
Walter.Cook@Phelps.com
William.Shreve@Phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding by the Court's CM/ECF email system or by mailing the same via the United States mail, first class postage prepaid.

Richard E. Davis, Esq.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209

Benjamin R. Slater, Esq.
Hal C. Welch, Esq.
LEMLE & KELLEHER, LLP
Pan American Life Center
601 Poydras Street, Suite 2100
New Orleans, Louisiana   70130-6097

Robert D. Tambling, Esq.
Assistant Attorney General
State of Alabama Attorney General's Office
11 S. Union Street
Montgomery, Alabama 36130

_____
WALTER M. COOK, JR. (COOKW6772)

01032763.DOC