IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA and ALABAMA STATE PORT AUTHORITY,<br><br>  Plaintiffs,<br><br>vs.<br><br>ALABAMA WOOD TREATING CORPORATION, et al,<br><br>  Defendants. | Case No. 1:85-cv-642-CG-C |

## JOINT MOTION FOR DISMISSAL OF CLAIMS BY AND AGAINST VERTELLUS SPECIALTIES INC.

Defendant Vertellus Specialties, Inc. ("Vertellus") for itself and as successor-in-interest of Reilly Industries, Inc., which was, in turn the successor-in-interest of Reilly Tar & Chemical, Inc. (hereinafter, collectively, "Vertellus and the Reilly entities"), and plaintiffs State of Alabama and Alabama State Port Authority f/k/a The Alabama State Docks Department, agree that Vertellus has satisfied its obligations set forth in the Consent Decree entered on November 8, 2010 [Doc. 567], and therefore jointly move the Court to dismiss with prejudice (1) all claims asserted by Vertellus and the Reilly entities at any time against any other party, and (2) all claims asserted against Vertellus and the Reilly entities at any time by any other party, including plaintiffs, with each party bearing its own costs. A proposed

{B1345902}

form of order is being filed with this Joint Motion for the convenience of the Court.

Respectfully submitted,

| /s/ Walter M. Cook* | /s/ Richard Eldon Davis |
|---|---|
| WALTER M. COOK<br>WILLIAM E. SHREVE, JR.<br><br>PHELPS DUNBAR LLP<br>Post Office Box 2727<br>Mobile, Alabama 36652<br>Telephone: (251) 432-4481<br>Facsimile: (251) 433-1820<br>e-mail: wmc@phelps.com<br>e-mail: wes@phelps.com<br>e-mail: srg@phelps.com | RICHARD ELDON DAVIS<br>DAVIR6685<br><br>J. SCOTT DICKENS<br>DICKJ6823<br><br>AMBER M. WHILLOCK<br>WHILA0816<br><br>STARNES DAVIS FLORIE LLP<br>100 Brookwood Place, 7th Floor<br>Birmingham, Alabama 35209<br>Telephone: (205) 868-6000<br>Facsimile: (205) 868-6099<br>e-mail: rdavis@starneslaw.com<br><br>W. CHRISTIAN HINES<br>HINEW4358<br><br>STARNES DAVIS FLORIE LLP<br>RSA-Battle House Tower<br>11 North Water Street<br>Mobile, Alabama 36633<br>Telephone: (251) 433-6049<br>Facsimile: (251) 433-5901<br>e-mail: chines@starneslaw.com<br><br>Attorneys for Vertellus Specialties Inc. as successor-in-interest to Reilly Industries, Inc. |

**\*With express permission**

2

{B1345902}

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion for Dismissal of Claims By and Against Vertellus Specialties Inc. has been filed with the Clerk of the Court using the CM/ECF system which is supposed to send electronic notification of such filing to counsel of record:

>BEN R. SLATER, III
>HAL C. WELCH
>LEMLE & KELLEHER, L.L.P.
>Pan-American Life Center
>601 Poydras Street, 21st Floor
>New Orleans, Louisiana 70130-6097
>Telephone:  (504) 586-1241
>Facsimile:   (504) 584-9142
>bslater@lemle.com
>hwelch@lemle.com
>rdyer@lemle.com
>mlandry@lemle.com

This ___ day of September, 2011.

/s/ Richard Eldon Davis
Of Counsel