IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| STATE OF ALABAMA, and ALABAMA STATE PORT AUTHORITY, | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 85-0642-CG |
| ALABAMA WOOD TREATING CORPORATION, et al, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The plaintiffs filed a satisfaction of judgment (Doc. 574) as to defendant Vertellus Specialties Inc. ("Vertellus"), for itself and as successor-in-interest of Reilly Industries, Inc., which was, in turn, the successor-in-interest of Reilly Tar & Chemical, Inc. (hereinafter, collectively, "Vertellus and the Reilly entities") on September 30, 2011. Plaintiffs and Vertellus have also filed a joint motion for dismissal of claims by and against Vertellus and the Reilly entities in compliance with the consent decree entered on November 8, 2010 (Doc. 567). The joint motion for dismissal is hereby **GRANTED**, and all claims by and against Vertellus and the Reilly entities asserted in this action by any party at any time are, therefore, **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**DONE and ORDERED** this 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE